UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGEL BARTLETT,

    Plaintiff,

v.

DRUG ENFORCEMENT AGENCY, et al.,

    Defendants.
_____/

Case No. 1:18-cv-157

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is an action filed by Plaintiff against Defendants Drug Enforcement Agency, Unknown Party(ies) #1, Unknown Party(ies) #2, Santoni, Allegan County, Kalamazoo County, Van Buren County, Kent County, Ottawa County, Michigan State Police, "District Court", and "all police in area".  On June 11, 2018, the Magistrate Judge issued a Report and Recommendation, recommending that the action be dismissed pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of jurisdiction.  The Report and Recommendation was duly served on the parties.  No objections have been filed.[1]  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 36) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED for the reasons stated in the Report and Recommendation.

---

[1] Plaintiff cannot supplement her complaint without leave of Court.  Fed. R. Civ. P. 15(d).  Since Plaintiff did not obtain leave of Court to file any supplements, Plaintiff's supplements to her Complaint are disregarded.

**IT IS FURTHER ORDERED** that Plaintiff shall be denied the privilege of proceeding *in forma pauperis* in any future lawsuits she files in this Court.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: July 3, 2018  /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge