UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGEL BARTLETT,

    Plaintiff,

v.

DRUG ENFORCEMENT AGENCY, et al.,

    Defendants.
_____/

Case No. 1:18-cv-157

HONORABLE PAUL L. MALONEY

# JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered in favor of Defendants and against Plaintiff.

Dated: July 3, 2018

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge